IN THE DISTRICT COURT OF THE U.S.
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

Barbara Stone

vs.

Judge Michael Genden,
Roy Lustig et al.

CIVIL ACTION NO. 15-61004
Zloch/Hunt

FILED BY __ D.C.
AUG 20 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## AFFIDAVIT

State of Texas
Harris County

Before me appeared Candice Schwager on the 19th day of August, 2015, who swore as follows: "My name is Candice Schwager. I am over 21, competent, and have never been convicted of a felony or crime involving moral turpitude. I swear and affirm that all matter stated herein are true and correct based upon my personal knowledge. I need to paper file the attached Motion for Leave, Notice of Dismissal, and Responses to motions for sanctions because local counsel, Donna Slobodnik, failed to respond to multiple emails requesting that she electronically file said documents. Further affiant sayeth not." Signed before me 19th Aug, 2015.

Candice Schwager

FLOYD HADDOCK JR
My Commission Expires
August 24, 2018

Floyd Haddock Jr
Notary Public in and for State TX

Case 0:15-cv-61004-WJZ   Document 62   Entered on FLSD Docket 08/21/2015   Page 2 of 2

**PRIORITY MAIL EXPRESS**

U.S. POSTAGE $19.99
MAILED AUG 19 2015
77058
CPU 0007
PB 1P 000 3658402 EXFL

**FROM:**
Lasshwager
1417 Ramada Dr.
Houston, TX 77062
PHONE: 832-315-8487

**TO:**
US Federal Dist. Court Clerk
299 E. Broward Blvd #108
Ft Lauderdale FL
ATTN: Filing Clerk
CASE No. 15-61004
ZIP: 33301

PHONE: (954) 769-5462

Date Accepted: 8/19/15
Weight: 2 lbs
Flat Rate
1-Day
12 NOON

